UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ZERTECK, INC. d/b/a BOAT-N-RV-WAREHOUSE,

                      Plaintiff,

-against-

BENTLEY INDUSTRIES, LLC,

                      Defendant.

**Civ. No. 1::05-CV-617, NAM/RFT**

## STIPULATION AND ORDER TO REMAND THIS MATTER TO THE SUPREME COURT, GREENE COUNTY

Plaintiff, Zerteck, Inc. d/b/a Boat-N-RV Warehouse ("Zerteck") and Defendant, Bentley Industries, LLC ("Bentley"), by and through their respective counsel, do hereby stipulate and agree as follows:

1. As a condition to Bentley's consent to remand this matter to the Supreme Court Greene County, Zerteck irrevocably states that the claims asserted in its Complaint, dated March 10, 2005, and any and all claims (asserted or unasserted) arising out of its business relationship with Bentley do not exceed $75,000, exclusive of interest and costs. Zerteck further states that it will not seek to amend its Complaint to request additional damages arising out of the causes of action set forth therein.

2. Based on the fact that the amount in controversy does not meet the federal jurisdictional minimum, the parties agree to remand this matter to the Supreme Court, Greene County for further adjudication.

Dated: July 27, 2005

/s/ Stephanie A. Henry
Matthew J. Sgambettera, Esq.
Stephanie Henry, Esq.
Sgambettera & Associates
Attorneys for Plaintiff
258 Ushers Road - Suite 205
Clifton Park, NY 12065
Ph. (518) 877-7600
Fax (518) 877-7611
e-mail:  matt@sgambetteralaw.com

Dated: July 29, 2005

/s/Richard C. Maider
Jonathan D. Deily, Esq.
Richard C. Maider, Esq.
Deily, Mooney and Glastetter, LLP
Attorneys for Defendant, Bentley Industries, LLC
8 Thurlow Terrace
Albany, New York 12203
Tel: (518) 436-0344
Fax: (518) 436-8273
e-mail: jdeily@deilylawfirm.com
e-mail: rmaider@deilylawfirm.com

IT IS HEREBY ORDERED, that this Stipulation is approved and the instant matter is hereby transferred to the Supreme Court, Greene County.

BY THE COURT

Dated: August 2nd

Hon. Norman A. Mordue